```
               UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 00347
   EDDIE F LESURE
                                                    CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA
           Debtor
    SSN XXX-XX-0782


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/08/08 .

     2.  The case was converted to Chapter 7 without confirmation, 05/12/2008.

------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                               PAID            PAID
------------------------------------------------------------------------------
UBS SPECIAL SERVICING IN  CURRENT MORTG         .00              .00             .00
UBS SPECIAL SERVICING IN  MORTGAGE ARRE   NOT FILED              .00             .00
VIC'S TOWING              SECURED VEHIC         .00              .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED              .00             .00
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED              .00             .00
CAVALRY SPV II LLC        UNSECURED       NOT FILED              .00             .00
CBE GROUP                 UNSECURED       NOT FILED              .00             .00
CENTRAL STATES COACH REP  UNSECURED       NOT FILED              .00             .00
CERTIFIED SERVICES INC    UNSECURED       NOT FILED              .00             .00
CITIZENS FINANCE OF ILLI  UNSECURED       NOT FILED              .00             .00
COMED                     UNSECURED       NOT FILED              .00             .00
CREDIT MANAGEMENT SERVIC  UNSECURED       NOT FILED              .00             .00
DEPENDON COLLECTION SVC   UNSECURED       NOT FILED              .00             .00
KCA FINANCIAL SERVICE     UNSECURED       NOT FILED              .00             .00
NATIONWIDE CREDIT INC     UNSECURED       NOT FILED              .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED              .00             .00
NICOR GAS                 UNSECURED       NOT FILED              .00             .00
RECEIVABLES MANAGEMENT I  UNSECURED       NOT FILED              .00             .00
RECEIVABLES MANAGEMENT I  UNSECURED       NOT FILED              .00             .00
SECRETARY OF STATE        UNSECURED       NOT FILED              .00             .00
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                               PAID            PAID

US CELLULAR               UNSECURED       NOT FILED              .00             .00
VILLAGE OF DOLTON         UNSECURED       NOT FILED              .00             .00
WELLS FARGO FINANCIAL     UNSECURED       NOT FILED              .00             .00
ILLINOIS TOLLWAY AUTHORI  UNSECURED       NOT FILED              .00             .00
SCHULTZ BAKER & ASSOC     UNSECURED       NOT FILED              .00             .00
         Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY      UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00           .00            .00           .00            .00
PRINCIPAL PAID        .00           .00            .00           .00            .00
```

```
INTEREST PAID                    .00         .00          .00          .00          .00
TOTAL PAID                       .00         .00          .00          .00          .00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

　　　Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


　　Dated: 09/11/08                        /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE











                                    PAGE   2
           CASE NO. 08 B 00347 EDDIE F LESURE